**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Jose Isidro Sanchez Gonzalez, | No. CV-26-03138-PHX-RM (CDB) |
| Petitioner, | **ORDER** |
| v. | |
| Markwayne Mullin, et al., | |
| Respondents. | |

On May 12, 2026, the Court ordered Respondents to provide Petitioner with a bond hearing within seven days or release him, and then file a notice of compliance within three days of the bond hearing or release. (Doc. 8.) To date, no notice of compliance has been filed.

**IT IS ORDERED** that within **two (2) business days**, Respondents shall file either a notice of compliance or a status report detailing the steps that Respondents have taken to effectuate the Court's May 12, 2026 Order.

Dated this 5th day of June, 2026.

_____
Honorable Rosemary Márquez
United States District Judge